John M. FitzGerald
Health Advocates
14721 Califa Street
Sherman Oaks, CA 91411
T: (818) 995-9500
F: (818) 995-4838
E-mail: johnf@leiboviclawgroup.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA HELLER** | CASE No.: CV 13-4022-MMM (RNB) |
| **Plaintiff** | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | |
| **CAROLYN W. COLVIN,** | |
| **Acting Commissioner of SSA** | |
| **Defendant(s).** | |

Based upon the parties' stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of two thousand- four hundred- forty dollars and zero cents ($2,440.00) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: December 12, 2013

_____
THE HONORABLE ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

- 1